IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CLARENCE LOGUE,  )
  )
    Plaintiff,  )
  )
v.  )   CASE NO. CV415-080
  )
PUBLIC DEFENDER TODD MARTIN,  )
  )
    Defendant.  )
  )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections have been filed (Doc. 6). After careful consideration, however, the Court finds Plaintiff's objections to be without merit. As the Magistrate Judge points out in his Report and Recommendation, Plaintiff is prohibited pursuant to 28 U.S.C. § 1915(g) from proceeding in forma pauperis in this Court. As a result, Plaintiff's claims are subject to immediate dismissal without prejudice. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

In his objections, Plaintiff fails to indicate any exceptional circumstances in this case such that the restrictions of § 1915(g) should not apply. Rather, Plaintiff states that he intends to partially pay the filing fee by May 20, 2015 to avoid dismissal. (Doc. 6 at 4.) However, he has failed to do so. It is just as well, however, since Plaintiff's

objections offer no persuasive arguments against the Magistrate Judge's determination that Plaintiff's claims are wholly frivolous. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. All pending motions in this case are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of May 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA